# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER N. UGWUALA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>　　　　　　Defendant. | Case No. CV 14-09036 VAP (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

This matter came before the Court on the Report and Recommendation of the Magistrate Judge to whom the case was referred.  The parties have not filed written objections to the Report.  The Court accepts the findings and recommendations of the Magistrate Judge.

DATED:  October 07, 2016

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE