# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER N. UGWUALA, | Case No. CV 14-09036 VAP (AFM) |
| Plaintiff, | |
| v. | **JUDGMENT OF REMAND** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

This matter came before the Court on the Report and Recommendation ("Report") of the Magistrate Judge to whom the case was referred.  The Court, having accepted the Report,

IT IS HEREBY ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is reversed and the matter is remanded to the Commissioner for further administrative proceedings consistent with the Report.

DATED:  October 07, 2016

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE